United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 5, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-40768
Summary Calendar

JUANA CORTEZ REYES, Indivually and as Representative of the Estate of Faustino Gonzalez Del Valle and as Next Friend of Christopher Gonzales Reyes and Alexandra Gonzalez Reyes; MARGARITA OLARTE HERNANDEZ, Individually and as Representative of the Estate of Julian Rubio Palacios, as Temporary Guardian of the Estate of Maria Del Carmen Rubio Olarte, NCM, as as Next Friend of Maria Del Carmen Rubio Olarte, Julio Rubio Olarte, Arturo Rubio Olarte, Roberto Rubioi Olarte, Gil Ruio Olarte, Debora Ruio Olarte, David Rubioi Olarte, Francisco Javier Rubio Olarte and Valeria Monteserrat Rubio Olarte; ELVIRA HERNANDEZ, Individually and as Representative of the Estate of Hilario Corona Uribe, and as Next Friend of Maria Catalina Corona Hernandez, Laura Corona Hernandez, Gloria Isabel Corona Hernandez and Hilario Corona Hernandez; ANITA QUIROZ LAPA, Individually and as Representative of the Estate of Julian Flores Quiroz; ROQUE GUERRERO CHAVEZ, Individually and as Representative of the Estate of Maria Del Carmen Salas Palacios and as next Friend of Erika Guerrero Salas, Sergio Guerrero Salas and Mireya Guerrero Salas;

Plaintiffs-Counter Defendants-Appellants,

ARMANDO GONZALEZ DEL VALLE; ANDREA OLVERA MORENO; BASILIO LEAL HURTADO; ESTATE OF ELIAZAR OLVERA; SIXTA DEL VALLE HERNANDEZ; ELEOCADIO GONZALEZ; REYNA PALACIOS JUAREZ; LUIS FLORES CORDOVA,

Intervenor-Plaintiffs-Appellants,

VERSUS

DAGOBERTO AGUILAR; ET AL.,

Defendants,

REDLAND INSURANCE COMPANY; ACCEPTANCE CASUALTY INSURANCE CO.,

Defendants-Counter Claimants-Appellees.

---

Appeal from the United States District Court
For the Southern District of Texas
M-00-CV-193

---

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:[*]

We affirm the judgment of the district court based on the reasons advanced in its order of April 18, 2002.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2